IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Sadek and Cooper Law Office
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008

In Re:

**David A. Negron**

Case No.: 19-24029

Chapter: 7

Hearing Date:

Judge: JNP

**ORDER GRANTING** that the Motion to Avoid Judicial Lien is Approved.

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**AND NOW,** upon Motion of the Debtor to avoid a judicial lien held by Capitol One in personal property and/or real property of the Debtor located at 704 Almonesson Road, Westville, NJ 08093,

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at **Superior Court of New Jersey, Law Division, Special Civil Part, Gloucester County, Case Number 002514-17** is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED.**